# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAE APPLIED TECHNOLOGIES, LLC, </br></br>  Plaintiff(s), </br></br> vs. </br></br> SAIZ CONSTRUCTION COMPANY, INC., et al., </br></br> Defendant(s). | Case No. 2:15-cv-00357-RFB-NJK </br></br> **ORDER** </br></br> (Docket No. 46) |

Pending before the Court is a stipulation to extend the deadline to respond to the third-party claim. Docket No. 46. The stipulation is defective for several reasons. First, the stipulation fails to provide any reason for the extension sought. *See* Local Rule 6-1(b) (stipulations for extensions must "state the reasons for the extension requested"). Hence, the Court cannot find that good cause exists for the requested extension. Second, the stipulation was filed after the relevant deadline expired triggering the requirement to establish excusable neglect. *See* Fed. R. Civ. P. 6(b)(1)(B). No such showing was made. Accordingly, the stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: June 2, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE