**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAE APPLIED TECHNOLOGIES LLC, ) | Case No. 2:15-cv-00357-RFB-NJK |
|        Plaintiff(s), ) | |
| vs. ) | ORDER |
| ) | |
| SAIZ CONSTRUCTION COMPANY, INC., et al., ) | |
|        Defendant(s). ) | |

Pending before the Court is a motion to extend deadlines.  Docket No. 97.  The Court ORDERS that any response shall be filed no later than September 30, 2015.  Any reply shall be filed no later than October 1, 2015.

IT IS SO ORDERED.

DATED: September 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge