**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAE APPLIED TECHNOLOGIES, LLC,

               Plaintiff,

vs.

SAIZ CONSTRUCTION CO., et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 2:15-cv-00357-RFB-NJK

ORDER DENYING STIPULATION
TO EXTEND

(Docket No. 102)

Pending before the Court is a stipulation to extend the deadline for Plaintiff's response to Defendant Suretec's motion to compel, Docket No. 102, which is hereby DENIED without prejudice. *See* Local Rule 6-1(b) (all stipulations to extend time shall state the reasons for the extension requested).

IT IS SO ORDERED.

DATED: October 29, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge