**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAE APPLIED TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SAIZ CONSTRUCTION COMPANY INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-0357-RFB-NJK <br><br> ORDER |

Pending before the Court is a motion to compel related to a site inspection currently set to commence on November 13, 2015. Docket No. 100. The Court hereby **SETS** a telephonic hearing on that motion for 11:00 a.m. on November 12, 2015. Counsel shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

**Plaintiff's counsel shall immediately notify the United States Air Force of this order, and arrange for an appropriate Air Force representative to appear telephonically.**

IT IS SO ORDERED.

DATED: November 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge