UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAE APPLIED TECHNOLOGIES LLC, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-0357-RFB-NJK |
| vs. | ) | ORDER |
| SAIZ CONSTRUCTION COMPANY INC., et al., | ) | (Docket No. 101) |
| Defendant(s). | ) | |

Pending before the Court is a motion to compel the Third-Party Defendants to attend a mediation scheduled for December 15, 2015, before mediator Kenneth Gibbs. Docket No. 101. The motion was filed on October 22, 2015, but no response has been filed to date. Accordingly, the Court construes the motion as unopposed. *See* Local Rule 7-2(d). Pursuant to Local Rule 16-5, the Court hereby **ORDERS** the Third-Party Defendants to attend the above mediation.

The Court will not issue an order as to which persons affiliated with the parties must participate in the mediation as that is an issue better directed to the mediator. The request that the Court issue such an order, *see* Docket No. 101 at 5, is therefore **DENIED**.

IT IS SO ORDERED.

DATED: November 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge