Leland Eugene Backus, Esq.
Nevada State Bar No. 0473
Shea A. Backus, Esq.
Nevada State Bar No. 8361
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel.: (702) 872-5555
Fax: (702) 872-5545
gbackus@backuslaw.com
sbackus@backuslaw.com

*Attorneys for Defendant/Counterclaimant/*
*Third-Party Plaintiff Saiz Construction Company, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAE APPLIED TECHNOLOGIES LLC, | Case No.   2:15-cv-357-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS PAE APPLIED TECHNOLOGIES LLC'S COMPLAINT AGAINST SAIZ CONSTRUCTION COMPANY, INC. AND SURETEC INSURANCE COMPANY; SAIZ CONSTRUCTION COMPANY INC.'S COUNTERCLAIM; AND SURETEC INSURANCE COMPANY'S CROSS-CLAIM AGAINST SAIZ CONSTRUCTION COMPANY INC.; AND TO DISMISS THIRD-PARTY DEFENDANTS SIERRA GEOTECHNICAL SERVICES, INC., RISUN TECHNOLOGIES, LLC, TONOPAH SAND AND GRAVEL, INC. AND DEVELOPER'S SURETY AND INDEMNITY COMPANY WITH PREJUDICE** |
| SAIZ CONSTRUCTION COMPANY, INC., and SURETEC INSURANCE COMPANY; DOES I through X, and ROE Corporations I through X, inclusive | |
| Defendants, | |
| SURETEC INSURANCE COMPANY, | |
| Cross-claimant, | |
| vs. | |
| SAIZ CONSTRUCTION COMPANY, INC. | |
| Cross-defendant, | |
| SURETEC INSURANCE COMPANY, | |
| Third-Party Plaintiff, | |
| vs. | |
| SIERRA GEOTECHNICAL SERVICES, INC., a California Corporation; RISUN TECHNOLOGIES, LLC, a Utah Limited | |

1

| | |
|---|---|
| 1 | Liability Company; TONOPAH SAND AND GRAVEL, INC., a Nevada Corporation; TEAL CONSTRUCTION, INC., a Utah Corporation; DEVELOPER'S SURETY AND INDEMNITY COMPANY; an Iowa Corporation, and JOHN DOES 1 through 30; ROE BUSINESS ENTITIES 1 through 30 )
| 2 | |
| 3 | |
| 4 | |
| 5 | Third-Party Defendants, |
| 6 | |
| 7 | SAIZ CONSTRUCTION COMPANY, INC., a Utah corporation, |
| 8 | Counterclaimant, |
|  | vs. |
| 9 | |
| 10 | PAE APPLIED TECHNOLOGIES LLC, a Delaware corporation, formerly known as CSC APPLIED TECHNOLOGIES LLC, |
| 11 | |
|    | Counter-defendant, |
| 12 | |
| 13 | SAIZ CONSTRUCTION COMPANY, INC., a Utah Corporation, |
| 14 | |
|    | Third-Party Plaintiff, |
| 15 | vs. |
| 16 | RISUN TECHNOLOGIES, LLC, a Utah Limited Liability Company; TONOPAH SAND AND GRAVEL, INC., a Nevada Corporation; TEAL CONSTRUCTION, INC., a Utah Corporation; SIERRA GEOTECHNICAL SERVICES, INC., a California Corporation; and DOES 1 through 30, |
| 17 | |
| 18 | |
| 19 | |
|    | Third-Party Defendants. |
| 20 | |

**STIPULATION AND ORDER TO DISMISS PAE APPLIED TECHNOLOGIES LLC'S COMPLAINT AGAINST SAIZ CONSTRUCTION COMPANY, INC. AND SURETEC INSURANCE COMPANY; SAIZ CONSTRUCTION COMPANY INC.'S COUNTERCLAIM; AND SURETEC INSURANCE COMPANY'S CROSS-CLAIM AGAINST SAIZ CONSTRUCTION COMPANY INC.; AND TO DISMISS THIRD-PARTY DEFENDANTS SIERRA GEOTECHNICAL SERVICES, INC., RISUN TECHNOLOGIES, LLC, TONOPAH SAND AND GRAVEL, INC. AND DEVELOPER'S SURETY AND INDEMNITY COMPANY WITH PREJUDICE**

### STIPULATION AND ORDER TO DISMISS PAE APPLIED TECHNOLOGIES LLC'S COMPLAINT AGAINST SAIZ CONSTRUCTION COMPANY, INC. AND SURETEC INSURANCE COMPANY; SAIZ CONSTRUCTION COMPANY INC.'S COUNTERCLAIM; AND SURETEC INSURANCE COMPANY'S CROSS-CLAIM AGAINST SAIZ CONSTRUCTION COMPANY INC.; AND TO DISMISS THIRD-PARTY DEFENDANTS SIERRA GEOTECHNICAL SERVICES, INC., RISUN TECHNOLOGIES, LLC, TONOPAH SAND AND GRAVEL, INC. AND DEVELOPER'S SURETY AND INDEMNITY COMPANY WITH PREJUDICE

Plaintiff / Counter-defendant PAE Applied Technologies LLC, by and through counsel Amy Sorenson, Esq. of the law firm SNELL & WILMER LLP and Brian J. Vella, Esq. of the law firm SMITH PACHTER MCWHORTER PLC, Defendant / Counterclaimant / Cross-Defendant / Third-Party Plaintiff Saiz Construction Company Inc., by and through its counsel Shea A. Backus, Esq. of the law firm **BACKUS, CARRANZA & BURDEN**, Defendant / Cross-claimant / Third-Party Plaintiff SureTec Insurance Company, by and through its counsel D. Chris Albright, Esq. of the law firm ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and Frank Lanak, Esq. of the law firm LANAK & HANNA, P.C., Third-Party Defendants Risun Technologies, LLC and Developer's Surety and Indemnity Company, by and through their counsel Brett D. Ekins, Esq. of the law firm JONES WALDO HOLBROOK & MCDONOUGH, Third-Party Defendant Tonopah Sand and Gravel, Inc., by and through its counsel David S. Schopick, Esq. of the law firm SPRINGEL & FINK LLP, and Third-Party Defendant Teal Construction Inc., by and through its counsel Kurt Bonds, Esq. of the law firm ALVERSON, TAYLOR, MORTENSEN & SANDERS, hereby stipulate as follows:

1. On December 19, 2014, Plaintiff filed its original Complaint in the District Court of Nye County, Nevada. [Doc. 1]

2. On February 27, 2015, Defendant SureTec Financial Corporation removed this matter to federal court. [Doc. 1]

3. On March 6, 2015, the appearing parties Plaintiff PAE Applied Technologies LLC and Defendant SureTec Financial Corporation stipulated to filing of an amended complaint to

3

substitute SureTec Insurance Company as a defendant and dismissing SureTec Financial Corporation. [Doc. 9]

4. On March 16, 2015, Plaintiff PAE Applied Technologies LLC filed its First Amended Complaint naming Defendants Saiz Construction Company Inc. and SureTec Insurance Company. [Doc. 12]

5. On April 20, 2015, Defendant SureTec Insurance Company filed its Answer to First Amended Complaint and also filed its Crossclaim against Cross-Defendant Saiz Construction Company Inc. and Third-Party Complaint against Third-Party Defendants Sierra Geotechnical Services, Inc., Risun Technologies, LLC, Tonopah Sand & Gravel, Inc., Teal Construction, Inc., Developer's Surety and Indemnity Company, and John Does I through 30, and Roe Business Entities 1 through 30. [Doc. 20]

6. Defendant Saiz Construction Company Inc. filed its Answer to Plaintiff's First Amended Complaint on May 11, 2015. [Doc. 38] Defendant Saiz Construction Company, Inc. filed its Amended Answer, Counterclaim and Third-Party Complaint naming Third-Party Defendants Risun Technologies, LLC, Tonopah Sand & Gravel, Inc., Teal Construction, Inc., Developer's Surety and Indemnity Company, and Does I through 30 On June 1, 2015. [Doc. 48] Cross-Defendant Saiz Construction Company Inc. filed its Answer to SureTec Insurance Company's Counterclaim on July 6, 2015. [Doc. 76]

7. Third-Party Defendant Risun Technologies, LLC filed its Answer to SureTec Insurance Company's Third-Party Complaint on June 4, 2015. [Doc. 58]

8. Third-Party Defendant Developer's Surety and Indemnity Company filed its Answer to SureTec Insurance Company's Third-Party Complaint on June 4, 2015. [Doc. 59]

9. Third-Party Defendant Sierra Geotechnical Services, Inc. filed its Answer to SureTec Insurance Company's Third-Party Complaint on June 5, 2015. [Doc. 62]

10. Plaintiff/Counter-Defendant PAE Applied Technologies LLC filed its Answer to Saiz Construction Company Inc.'s Counterclaim on June 25, 2015. [Doc. 67]

11. Third-Party Defendant Teal Construction Inc. filed its Answer to Third-Party Plaintiff Saiz Construction Company Inc.'s Third-Party Complaint on September 4, 2015. [Doc. 92]

12. Third-Party Defendant Teal Construction Inc. filed its Answer to Third-Party Plaintiff SureTec Insurance Company's Third-Party Complaint on September 11, 2015. [Doc. 93]

13. Third-Party Defendant Tonopah Sand and Gravel, Inc. filed its Answer to Third-Party Plaintiff SureTec Insurance Company's Third-Party Complaint on September 23, 2015. [Doc. 95]

14. Third-Party Defendant Tonopah Sand and Gravel, Inc. filed its Answer to Third-Party Plaintiff Saiz Construction Company Inc.'s Third-Party Complaint on September 23, 2015. [Doc. 96]

15. On December 15, 2015, the parties participated in mediation with mediator Ken C. Gibbs of JAMS. After said mediation, the parties continued to discuss resolution of this matter with the assistance of Mediator Gibbs.

16. A settlement of all claims between the following parties was reached on or about March 8, 2016: Plaintiff / Counter-defendant **PAE Applied Technologies LLC**, Defendant / Counterclaimant / Cross-Defendant / Third-Party Plaintiff **Saiz Construction Company Inc.**, Defendant / Cross-claimant / Third-Party Plaintiff **SureTec Insurance Company**, Third-Party Defendants **Risun Technologies, LLC** and **Developer's Surety and Indemnity Company**, and Third-Party Defendant **Tonopah Sand and Gravel, Inc.** (hereinafter collectively referred to as "Settling Parties").

///

///

17. As part of this settlement, the settling parties agreed to voluntarily dismiss the following claims against the following parties in accordance with FED. R. CIV. P. 41:

   a. PAE Applied Technologies LLC's claims set forth in its First-Amended Complaint (Doc. 12) against Saiz Construction Company Inc. and SureTec Insurance Company;

   b. SureTec Insurance Company's claims set forth in its Crossclaim (Doc. 20) against Saiz Construction Company Inc.

   c. SureTec Insurance Company's claims set forth in its Third-Party Complaint (Doc. 20) against Third-Party Defendants Sierra Geotechnical Services, Inc., Risun Technologies, LLC, and Tonopah Sand & Gravel, Inc.

   d. Saiz Construction Company Inc.'s claims set forth in its Counterclaim (Doc. 48) against PAE Applied Technologies LLC.

   e. Saiz Construction Company Inc.'s claims set forth in its Third-Party Complaint (Doc. 48) against Third-Party Defendants Risun Technologies, LLC, Tonopah Sand & Gravel, Inc., and Developer's Surety and Indemnity Company.

18. The Settling Parties will bear their own attorneys fees and costs.

19. This voluntary dismissal of claims <u>does not</u> resolve this entire case.

20. No trial date has been set in this case.

21. Third-Party Plaintiffs Saiz Construction Company Inc. and SureTec Insurance Company's claims set forth in their respective Third-Party Complaints against Third-Party Defendant Teal Construction, Inc. <u>have not</u> been settled, and Third-Party Plaintiffs, accordingly, maintain their third-party claims against Teal Construction, Inc. Accordingly, Third-Party Teal Construction, Inc. is not being dismissed by way of this voluntary dismissal.

1  IT IS HEREBY STIPULATED AND AGREED TO BY:

2  Dated this 31 day of May, 2016,                    Dated this 10 day of ~~May~~ June, 2016,

3  _[signature]_                                      _[signature]_ Robin E. Perkins #9891

4  Leland Eugene Backus, Esq.                         Amy Sorenson, Esq.
   Shea A. Backus, Esq.                               Robin Perkins, Esq.
5  **BACKUS, CARRANZA & BURDEN**                      Snell & Wilmer LLP
   3050 South Durango Drive                           3883 Howard Hughes Parkway, Suite 1100
6  Las Vegas, NV 89117                                Las Vegas, NV 89169
   Tel.: (702) 872-5555                               Tel.: (702) 784-5200
7  Fax: (702) 872-5545                                Fax: (702) 784-5252
   Email: gbackus@backuslaw.com
8         sbackus@backuslaw.com                       Armani Vadiee, Esq.
                                                      Brian J. Vella, Esq.
9  *Attorneys for Defendant/Counterclaimant/*         SMITH PACHTER McWHORTER PLC
   *Third-Party Plaintiff Saiz Construction*          8000 Towers Crescent Drive, Suite 900
10 *Company, Inc.*                                    Tysons Corner, VA 22182

11                                                    *Plaintiff PAE Applied Technologies, LLC*

12 Dated this 17 day of May, 2016,                    Dated this 13th day of ~~May~~ July, 2016,

13 _[signature]_                                      _[signature]_ Todd A. _[illegible]_

14 D. Chris Albright, Esq.                            Marsha L. Stephenson, Esq.
15 ALBRIGHT, STODDARD, WARNICK &                      STEPHENSON & DICKINSON, P.C.
   ALBRIGHT                                           2820 West Charleston Blvd., Ste. 19
16 801 S. Rancho Road, Suite D-4                      Las Vegas, NV 89102-1942
   Las Vegas, NV 89106                                Tel.: (702) 474-7229
17 Tel.: (702) 384-7111                               Fax: (702) 474-7237
   Fax: (702) 384-0605                                E-mail: mstephenson@sdlawoffice.net
18 Email: dca@albrightstoddard.com
                                                 For— Keith R. Gillette
19 FRANCIS J. LANAK, ESQ                              ARCHER NORRIS
   LANAK & HANNA, P.C.                                2033 North Main St., Ste. 800
20 625 The City Drive South, Ste. 190                 Walnut Creek, CA 94596-3759
   Orange, California 92868                           Tel: (925) 930-6600
21 Tel.: (714) 620-2350                               Fax: (925) 930-6620
   Fax: (714) 703-1610                                E-mail: kgillette@archernorris.com
22 Email: flanak@lanak-hanna.com
                                                      *Third-Party Defendant Sierra Geotechnical*
23 *Defendant / Third-Party Plaintiff / Cross-*       *Services, Inc.*
   *claimant SureTec Insurance Company*
24

25

7

Dated this 16th day of May, 2016,

*Brett E.*

Brett D. Ekins, Esq.
**JONES WALDO HOLBROOK & MCDONOUGH**
301 N. 200 East Ste. 3-A
St. George, UT 84770
Tel.: (435) 628-1627
Fax: (435) 628-5225
Email: bekins@joneswaldo.com
*Third-Party Defendants Risun Technologies, LLC & Developer's Surety and Indemnity Company*

Dated this _____ day of May, 2016,

*See next page*

Leonard T. Fink, Esq.
David S. Schopick, Esq.
**Springel & Fink LLP**
10655 Park Run Drive, Ste. 275
Las Vegas, NV 89144
Tel: (702) 804-0706
Fax: (702) 804-0798
Email: lfink@springelfink.com
       dschopick@springelfink.com
*Third-Party Defendant Tonopah Sand and Gravel, Inc.*

Dated this 11 day of Jun, 2016,

Kurt R. Bonds, Esq.
Adam Knecht, Esq.
**Alverson, Taylor, Mortensen & Sanders**
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
Tel: (702) 384-7000
Fax: (702) 385-7000
Email: kbonds@alversontaylor.com

*Third-Party Defendant Teal Construction, Inc.*

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2016.



_____
Hon. Richard F. Boulware, II
United States District Court
Case No. 2:15-cv-00357-RFB-NJK

| | |
|---|---|
| Dated this ____ day of May, 2016, | Dated this ____ day of May, 2016, |
| see prior page | see prior page |
| Brett D. Ekins, Esq.<br>**JONES WALDO HOLBROOK & MCDONOUGH**<br>301 N. 200 East Ste. 3-A<br>St. George, UT 84770<br>Tel.: (435) 628-1627<br>Fax: (435) 628-5225<br>Email: bekins@joneswaldo.com<br>*Third-Party Defendants*<br>*Risun Technologies, LLC & Developer's Surety and Indemnity Company* | Kurt R. Bonds, Esq.<br>Adam Knecht, Esq.<br>**Alverson, Taylor, Mortensen & Sanders**<br>7401 West Charleston Boulevard<br>Las Vegas, NV 89117-1401<br>Tel: (702) 384-7000<br>Fax: (702) 385-7000<br>Email: kbonds@alversontaylor.com<br><br>*Third-Party Defendant Teal Construction, Inc.* |

Dated this ____ day of May, 2016,

/s/ *(signature)*
_____
Leonard T. Fink, Esq.
David S. Schopick, Esq.
**Springel & Fink LLP**
10655 Park Run Drive, Ste. 275
Las Vegas, NV 89144
Tel: (702) 804-0706
Fax: (702) 804-0798
Email: lfink@springelfink.com
         dschopick@springelfink.com
*Third-Party Defendant Tonopah Sand and Gravel, Inc.*

**IT IS SO ORDERED.**

DATED this  19th  day of   July  , 2016.

_____
Hon. Richard F. Boulware, II
United States District Court
Case No. 2:15-cv-00357-RFB-NJK