UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAE APPLIED TECHNOLOGIES, LLC,<br><br>                Plaintiff(s),<br><br>vs.<br><br>SAIZ CONSTRUCTION COMPANY, INC., et al.,<br><br>                Defendant(s). | Case No. 2:15-cv-00357-RFB-NJK<br><br>ORDER |

        The Court **ORDERS** the parties to file a joint status report by January 6, 2017. To the extent no issues remain to be litigated, the parties may instead file a notice that this case may be closed.

        IT IS SO ORDERED.

        Dated: December 23, 2016

                                                              NANCY J. KOPPE<br>                                                              United States Magistrate Judge